UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
                                 :

United States of America         :

                          :

      v.                   :     Case No. 25 - CR- 579         :

David Goodgame         :

     Defendant              :

                          :

-----------------------------------------------------X

## ORDER FOR ADMISSION APPEAR PRO HAC VICE

The Motion for Admission Pro Hac Vice in this case filed by Arnold Spencer is granted.

Applicant has declared that he is a member in good standing in the State Bar of Texas, and that his contact information is as follows:

> Arnold A. Spencer
> Spencer & Associates
> 5956 Sherry Lane, Suite 2000
> Dallas, Texas 75225
> 214-385-8500

Applicant having requested admission Pro Have Vice to appear for all purposes as counsel for David Goodgame. in the above-entitled action;

IT IS HEREBY ORDERED, the Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

1/12/2026
_____
Dated

_____
United States District / Magistrate Judge