

**BSF | BOIES SCHILLER FLEXNER**

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

February 6, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

> Re: *United States v. Chu & Goodgame,*
> Case No. 25 Cr. 579 (PKC)

Dear Judge Castel:

We represent Daniel Chu, and write on an emergency basis to seek an order compelling the government to produce any seizure warrants it has used to restrain Mr. Chu and his wife's primary bank account or—as we believe to be the case—if there is no such warrant, to order the account unfrozen. The government's unilateral freezing of the account without legal process violates his Fourth, Fifth, and Sixth Amendment rights, and is contrary to well-settled forfeiture law.

*[Handwritten annotation:]* Based upon the government's letter of February 9 and the Chu response of February 13, the issue raised in the emergency letter motion of February 6 is now moot without prejudice to Chu's right to seek relief in the future. Letter motion at ECF 24 should be terminated. SO ORDERED. /s/ P. Kevin Castel USDJ 2-17-26

### Relevant Background

This case was indicted on December 15, 2025. The government took no steps to restrain Mr. Chu's assets at that time, and the Indictment contains (at ¶¶ 37-38) only general and substitute-assets forfeiture provisions; it does not name any property as allegedly specifically forfeitable. Over the intervening month and a half, Mr. Chu's assets remained unrestrained, and a review of his bank account statements shows that he did not engage in any improper financial transactions: he paid his living expenses and his lawyers.

That changed on February 3, 2026, when Mr. Chu learned from his bank that his access to his family's primary bank account had been frozen without notice; the bank refused to provide any other information. We immediately contacted the government, because Mr. Chu and his wife rely on that account to pay his family's living expenses as well as ongoing legal expenses from this and related court proceedings. The government confirmed that it had sent a "letter" to the bank asking it to freeze Mr. Chu's account, with lawful process to follow.

As of this afternoon, the government confirmed it has still not obtained a seizure warrant, filed a civil forfeiture action, or otherwise taken any lawful steps to restrain the money that Mr. Chu depends on to live.