SPENCER
& Associates

4849 Greenville Ave., Suite 1380
Dallas, TX 75206
214-376-4441
aspencerlaw.com

Sentencing is scheduled for May 18, 2027 at 2:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 11/20/2026

P. Kevin Castel
United States District Judge

November 19, 2026

The Honorable P. Kevin Castel
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11D
New York, NY 10007

Re: Case No. 1:25-cr-579 (USA v. Chu) – Adjournment of Sentencing Docket Control Date for Defendant David Goodgame

Dear Judge Castel:

Our firm represents David Goodgame in the aforementioned matter, 1:25-cr-00579 (USA v. Chu). During Mr. Goodgame's change of plea hearing on June 24, 2026, the Court set a docket control sentencing date for Mr. Goodgame of December 4, 2026. After consulting with the Government, the Government and Mr. Goodgame would like to adjourn the current sentencing date until after the trial in this matter, which is set to begin on January 25, 2027. The Government and Mr. Goodgame consulted with your chambers, who indicated that the Court had availability in May on Tuesdays, Wednesdays, and Thursdays (other than May 5th or May 19th at certain times).

Both sides are available in May generally on the dates provided. We propose May 18, 2027, at 2:00 p.m. as a potential date, but we are also open to any other similar dates on Tuesdays, Wednesdays, and Thursdays in May of 2027 as the Court sees fit. Please let us know if this date would work, or alternatively, please let us know which date in May the Court prefers. If there are any questions or if we need to find other alternative dates, please let us know.

Thank you ,

*/s/ Thomas (Dan) Cushing*
Thomas (Dan) Cushing
Of Counsel
Spencer and Associates
4849 Greenville Ave. Suite 1380
Dallas, TX 75206
(214) 376-4441 (office)
dan@aspencerlaw.com